JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PARKS, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendant. | **Case No. 2:16-cv-09097 RGK (GJSx)**<br><br>**ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE [35]**<br><br>Complaint Filed: February 1, 2016 |

## ORDER

This matter came before the Court on a Stipulation and Order For Dismissal of Action With Prejudice as to Individual Claims and Without Prejudice as to Class Claims filed by Plaintiff Brian Parks and Defendant J.B. Hunt Transport, Inc. That Stipulation is hereby **GRANTED AS REQUESTED**, and this matter is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims.

**IT IS SO ORDERED.**

Dated: September 9, 2019

_____
HON. R. GARY KLAUSNER
United States District Judge